UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Civil No. 09-11849

vs.                                         Honorable Patrick J. Duggan
                                              Magistrate Judge Mona K. Majzoub

SIXTEEN THOUSAND FOUR HUNDRED
TEN DOLLARS IN U.S. CURRENCY
($16,410.00) AND TWO ASSORTED
FIREARMS VALUED AT $1,530;

        Defendants.
_____/

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant Sixteen Thousand Four Hundred Ten Dollars ($16,410.00) in United States Currency and defendant Two (2) Firearms valued at $1,530.00 are hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(11).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Brian Wilbert and Tearnee Morrison or their successors and assignees, in such currency and firearms, and any right, title and interest of all other persons, is hereby and forever

**EXTINGUISHED**, and that clear title to such currency and firearms is hereby **VESTED** in the

United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshal's Service for the Eastern District of Michigan, or its delegate, is hereby AUTHORIZED to dispose of such currency and firearms in accordance with law.

                         S/Patrick J. Duggan
                         Patrick J. Duggan
                         United States District Judge

Dated: September 10, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2009, by electronic and/or ordinary mail.

                         S/Marilyn Orem
                         Case Manager